Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Firas Jehad Nasr; Soheir Ghanem | Case No.: |
| 607 Parkside Circle<br>Helena, AL     35080 | |
| | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| Plaintiffs, | |
| vs. | |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Arlington Asylum Office; Antonio Donis,** Director of the Arlington Asylum Office;  **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; | |
| Office of General Counsel<br>US Department of Homeland Security 2707 Martin Luther King Jr. Ave., SE<br>Washington DC   20528-0485 | |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

**Christopher A. Wray,** Director of Federal
Bureau of Investigations

Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington DC   20530-0001

    Defendants.

## INTRODUCTION

1.   This action is brought by Plaintiffs Firas Jehad Nasr and Soheir Ghanem by and through

their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to

compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting

under them to process an Application for Asylum and for Withholding of Removal which was

received and pending as of November 17, 2017, and which has still has not been called for an

interview.

2.   On November 17, 2017, Plaintiff Firas Jehad Nasr filed an I-589 Application for Asylum

and for Withholding of Removal with Defendant United States.  (**Exhibit A- I589 Application**

**for Asylum and Withholding of Removal and Receipt Notice**).   The basis of his asylum

application is that he fears persecution in Syria on account of the fact that he would be

conscripted into the Syrian military and forced to take part in atrocities against innocent civilians

and the fact that he would be perceived by the Syrian regime as an asylum seeker because of the

time he has been outside the country.    Plaintiff Soheir Ghanem is Plaintiff Firas Jehad Nasr's

spouse and is identified in the asylum application as a derivative applicant.

3.   On November 24, 2017, Defendant United States Citizenship and Immigration Services sent a notification to Plaintiff Firas Jehad Nasr instructing him to appear at a designated Application Service Center on December 15, 2017 at 9AM in order to provide his biometric information. (**Exhibit B – ASC Appointment Notice**).   Plaintiff Firas Jehad Nasr did appear at the designated location on the appointment date and time and his biometric information was captured by Defendant United States Citizenship and Immigration Services.

4.   Since Plaintiff  Firas Jehad Nasr provided his biometric information, he has not received any communications from Defendant Arlington Asylum Office about when his case would be scheduled for an interview.   He therefore has no way of knowing how much longer he will have to wait to be called to testify in support of his application for asylum.

5.   Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiffs' asylum application for an interview which has been pending now for over six years.  Plaintiffs seeks to compel Defendants, through a writ of mandamus, to schedule an interview(s) for the pending asylum application.

## PARTIES

6.   Plaintiff FIRAS JEHAD NASR is a citizen of Syria.   Plaintiff filed his I-589 Application for Asylum and Withholding of Removal on November 17, 2017.  Plaintiff SOHER GHANEM is Plaintiff FIRAS JEHAD NASR's spouse and she is listed as a derivative applicant on his application.

7.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

Immigration Services and the officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the officers named as defendants in this Complaint.

9. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the

Secretary of the Department of Homeland Security.  This suit is brought against Secretary

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all

immigration and citizenship laws that are bound in the powers, duties, and functions of the

Department of Homeland Security.

10. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS,

the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against

Director Jaddou in her official capacity, as she is charged with oversight, administration, and

execution of immigration laws of the United States.

11. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting

Associate Director of Refugee, Asylum, and International Operations.  This suit is brought

against Acting Associate Director Kim in his official capacity, as he is charged with supervision

over all asylum offices, and requires some applications to be forwarded to headquarters before

final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be

forwarded to his office for its review.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 4

12. Defendant ARLINGTON ASYLUM OFFICE (hereinafter "Arlington Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

13. Defendant ANTONIO DONIS (hereinafter "Director Donis") is the director of the Houston Asylum office. This suit is brought against Director Donis in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Arlington Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

14.   Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not processed Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

**JURISDICTION**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, ... no balancing of factors is required or permitted."

19. The presumption favoring judicial review is well-settled and it has been applied in the context of immigration law. See *Kucana v Holder,* 558 U.S. 233, 251 (2010). In *Kucana* at 252, the Supreme Court noted that it is assumed that Congress legislates with knowledge of this presumption. Such presumption can only be overcome when "the congressional intent to

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

preclude judicial review is fairly discernable in the statutory scheme". *Block v Cmty. Nutrition Inst.*, 467 U.S. 340, 351, 104 S. Ct. 2450, 81 L.Ed. 2d 270 (1984).

20. The authority of an alien to apply for asylum is found at 11 U.S.C. §1158(a) which states that:    "An alien who is physically present in the United States or who arrives in the United States (whether of not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters) irrespective of such alien's status, may apply for asylum in accordance with this section, or where applicable, section 1225(b) of this title"

11 U.S.C. §1158(a) does not contain any language barring a private right of action under the APA.    Plaintiffs contend that this Court may properly review their claims for relief herein because the limitation on a private right of action applies only to 11 U.S.C. §1158(d), and in this case, their right to have their claim for asylum timely scheduled is premised upon 11 U.S.C. §1158(a), not 11 U.S.C. §1158(d).

21. Courts have found that claimants whose applications have been unreasonably delayed may be afforded relief under the Administrative Procedure Act's requirements that agencies must adjudicate within a reasonable period of time.    See *Dae Hyun Kim v Ashcroft*, 340 F.2d Supp. 384, 393 (S.D.N.Y 2004) "Moreover, although there is no statutory or regulatory deadline by which USCIS must adjudicate an application, at some point, Defendants failure to take any action runs afoul of Section 555(b) [APA]; *Villa v DHS*, 607 F. Supp. 2d 359, 35 (N.D.N.Y. 2009) finding that pursuant to 5 U.S.C. §555 (b) of the APA, USCIS must adjudicate applications within a reasonable period of time.    Because the APA provides an independent basis for federal jurisdiction from 8 U.S.C. §1158(d)(7), this Court has jurisdiction to hear the subject Complaint.

**VENUE**

22. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides.   Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

23. The delay in scheduling an asylum interview for Plaintiff Firas Jehad Nasr has caused him and his spouse significant emotional distress because there is no way of knowing when the asylum case will be called for an interview thereby leaving them in doubt for their future.   At the time that Plaintiff Frias Jehad Nasr filed his Application, USCIS was utilizing a system of interview scheduling known as "First In – First Out" (FIFO) whereby cases were called for interview in the order that they were received.   That system had the practical effect of promoting a voluminous backlog of unadjudicated cases, because, many people filed non-viable cases for the purpose of obtaining work authorization permits, relying on the fact that USCIS would take years to call their case for an interview.

24. Beginning on January 29, 2018, as a result of executive policy changes at Department of Homeland Security and USCIS headquarters in Washington DC, all field offices that were adjudicating cases were instructed to change their FIFO scheduling to "Last In-First Out" (LIFO) whereby the most recently filed Applications would be scheduled first, ahead of applications that had already been pending.   The change-over from FIFO to LIFO caused many thousands of pending applications, including Plaintiffs', to be relegated to the last category of

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

USCIS' scheduling priority.   This executive action occurred at a time when the United States

Citizenship and Immigration Services was located within this Court's geographical jurisdiction.

**25.**     Because the core issue in this case is the act of Defendants changing their scheduling

system and the harm that it has directly caused Plaintiffs, which policy change did occur in this

judicial district, there is a substantial nexus to this judicial district and this Court should proceed

forward to hear the Plaintiffs claim as their chosen venue is legally and factually correct.

## **EXHAUSTION OF REMEDIES**

**26.** Plaintiffs have no administrative remedies.  Since they provided their biometric

information on December 15, 2017, Plaintiffs have received no correspondence or

communications whatsoever from Defendants about the pending asylum application and when it

will be scheduled for an interview.   There are no administrative remedies for neglect of duty.

## **CAUSE OF ACTION**

27. Pursuant to 8 U.S.C. §1158, Plaintiff Firas Jehad Nasr filed an Application for Asylum

and Withholding of Removal with Defendant United States Citizenship and Immigration

Services on November 17, 2017.   (**Exhibit A – I-589 Application for Asylum and**

**Withholding of Removal and Acknowledgement of Receipt**).

28.  On November 24, 2017, Defendant USCIS sent Plaintiff Firas Jehad Nasr a notice

instructing that he was to appear at a designated Application Support Center on December 15,

2017 at 9AM to provide his biometric information.   He did appear at the designated location on

the specified date and time and provided his biometric information.   Since that date, he has

received no further communications or information from any Defendants about when his asylum

interview would be scheduled or how much longer he would have to wait to have his interview scheduled, rather, there has been a complete lack of communication from Defendants. Plaintiffs therefore have no way of knowing how much longer the scheduling process will take.

29. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

30. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

31. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over four years since Plaintiff Firas Jehad Nasr applied for Asylum and his case has still not been scheduled for an interview.

32. Plaintiffs have no adequate remedy at law,and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview and adjudicated.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain.  Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Specifically:

a.  Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for the past four years.  They have been constantly hoping for a date to interview for the application for asylum, so they would not have to worry about their future.  Because of the long wait and unknowing, Plaintiffs are enduring significant psychological damage.

b.  The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to Syria, a country where they will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Firas Jehad Nasr's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff's application

and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Firas Jehad Nasr has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only Defendant Arlington Asylum Office is able to make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a. Accept jurisdiction and maintain continuing jurisdiction of this action;

   b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

   c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

   d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Firas

Jehad Nasr's Asylum application by promptly scheduling his interview and then timely adjudicating his case;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Firas Jehad Nasr's Asylum and Withholding of Removal application by promptly scheduling his interview and then timely adjudicating his case;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this April 22, 2022                              Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 13

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE**

**RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**NASR v UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | I-589 Application for Asylum and Acknowledgment of Receipt | 1-16 |
| B | ASC Appointment Notice | 17 |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 14

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 05/31/2019

**I-589, Application for Asylum
and for Withholding of Removal**

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.

**NOTE:** [X] Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* | 3. USCIS Online Account Number *(if any)* |
|---|---|---|
| 216418820 | 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 | NONE |

| 4. Complete Last Name | 5. First Name | 6. Middle Name |
|---|---|---|
| NASR | FIRAS | JEHAD |

**7.** What other names have you used *(include maiden name and aliases)?*
NONE

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name | | Apt. Number |
|---|---|---|
| 5050 BEABOUT DRIVE | | NONE |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| BIRMINGHAM | ALABAMA | 35244 | ( 205 ) 8088157 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):* | Telephone Number |
|---|---|
| NONE | ( ) |

| Street Number and Name | Apt. Number |
|---|---|
| NONE | NONE |

| City | State | Zip Code |
|---|---|---|
| NONE | NONE | |

| 10. Gender: [X] Male  [ ] Female | 11. Marital Status: [ ] Single  [X] Married  [ ] Divorced  [ ] Widowed |
|---|---|

| 12. Date of Birth *(mm/dd/yyyy)* | 13. City and Country of Birth |
|---|---|
| 06/05/1991 | ABU DHABI, UNITED ARAB EMIRATES |

| 14. Present Nationality *(Citizenship)* | 15. Nationality at Birth | 16. Race, Ethnic, or Tribal Group | 17. Religion |
|---|---|---|---|
| SYRIAN | SYRIAN | WHITE | MUSLIM |

**18.** Check the box, a through c, that applies:  **a.** [X] I have never been in Immigration Court proceedings.

**b.** [ ] I am now in Immigration Court proceedings.  **c.** [ ] I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 10/01/2017  **b.** What is your current I-94 Number, if any? 63518432185

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.* *(Attach additional sheets as needed.)*

| Date | 10/01/2017 | Place | DALLAS | Status | B2 | Date Status Expires | 03/31/2017 |
|---|---|---|---|---|---|---|---|
| Date | 05/13/2013 | Place | CHICAGO | Status | B2 | | |
| Date | 04/10/2012 | Place | CHICAGO | Status | B1 | | |

| 20. What country issued your last passport or travel document? | 21. Passport Number  N 011593938 | 22. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| SYRIA | Travel Document Number  N 011593938 | 04/05/2019 |

| 23. What is your native language *(include dialect, if applicable)?* | 24. Are you fluent in English? | 25. What other languages do you speak fluently? |
|---|---|---|
| ARABIC | [X] Yes  [ ] No | NONE |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 05/16/17) N

## Part A.II. Information About Your Spouse and Children

**Your spouse**  ☐ I am not married. *(Skip to **Your Children** below.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | 18AC74980 | 01/19/1988 | NONE |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| GHANEM | SOHEIR | | |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 09/02/2018 | Alabama | ALBI, FRANCE |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| FRENCH | WHITE | ☐ Male   ☒ Female |

**15.** Is this person in the U.S.?  ☒ Yes *(Complete Blocks 16 to 24.)*   ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| CHICAGO | 03/23/2019 | 79541741756 | WT |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| WT | 06/20/2019 | ☐ Yes   ☒ No | 12/30/2018 |

**24.** If in the U.S., is your spouse to be included in this application?  *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☒ I do not have any children.  *(Skip to Part. A.III., Information about your background.)*

☐ I have children.   Total number of children: _____

**(NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13.** Is this child in the U.S.?  ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21.** If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Part A. II. Information About Your Spouse and Children *(Continued)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (*List Address, City/Town, Department, Province, or State and Country.*)
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 414ST/ MIRDIF AREA | DUBAI | DUBAI | UAE | 01/2017 | 09/2017 |
| CENTRAL POST OFFICE ST | SHAHBA | SWEIDA | SYRIA | 07/2007 | 08/2007 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 5050 BEABOUT DRIVE | BIRMINGHAM | ALABAMA | UNITED STATES | 11/2017 | PRESENT |
| 2025 VALLEYDALE ROAD | BIRMINGHAM | ALABAMA | UNITED STATES | 10/2017 | 11/2017 |
| 414ST/ MIRDIF AREA | DUBAI | DUBAI | UAE | 01/2017 | 09/2017 |
| AL KARAMAH ST/ VILLA 8 | ABU DHABI | ABU DHABI | UAE | 06/2015 | 01/2017 |
| AL MANASEER ST/VILLA 32 | ABU DHABI | ABU DHABI | UAE | 01/2010 | 06/2015 |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Name of School | Type of School | Location (*Address*) | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| KHALIFA UNIVERSITY | UNIVERSITY | ABU DHABI/AL MUROOR ROAD | 08/2009 | 12/2013 |
| ABU DHABI HIGH SCHOOL - BOYS | HIGH SCHOOL | ABU DHABI/AL BUTEEN AREA | 08/2006 | 06/2009 |
| ZAYED AL THANI SECONDARY | SECONDARY SCHOOL | ABU DHABI/AL KARAMAH AREA | 08/2003 | 06/2006 |
| AL FARABI PRIMARY SCHOOL | PRIMARY SCHOOL | ABU DHABI/BAINOUNA STREET | 08/1997 | 06/2003 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| APPLE INC | EXPERT | 10/2018 | PRESENT |
| IRON CITY FORD | SALES REPRESENTATIVE | 08/2018 | 10/2018 |
| HENDRICK CHEVROLET HOOVER | SALES REPRESENTATIVE | 06/2018 | 08/2018 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* MAI HANI KARAMI | SALKHAD, SYRIA | ☐ Deceased DUBAI |
| *Father* JEHAD NAYEF NASR | BEIRUT, LEBANON | ☐ Deceased DUBAI |
| *Sibling* SHADI JEHAD NASR | ABU DHABI, UNITED ARAB EMIRATES | ☐ Deceased DUBAI |
| *Sibling* BILAL JEHAD NASR | ABU DHABI, UNITED ARAB EMIRATES | ☐ Deceased DUBAI |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

4

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   ☐ Race                           ☐ Political opinion

   ☐ Religion                       ☐ Membership in a particular social group

   ☒ Nationality                    ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No        ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > The Syrian Intelligence contacted my family in Syria looking for me once at least every three months during 2013-2017 and went to their houses threatening them if I don't show up. They will threaten me and my family if I get caught in Syria and refuse to fight and these facts are not acceptable to me as human. Also, My uncle Munir Nayef Nasr who lives in Syria also informed me and my parents via phone call many times that some armed individuals went to his house and asked for me directly and by the name Firas Jehad Nasr, through 2016 and this year they came to him more than 20 times looking for me. These armed groups will force me to fight with them otherwise they will torture and execute me. This torture will be inflicted to me because I am not part of their organization or community and I don't agree with their ideologies, rules, or beliefs.

**B.** Do you fear harm or mistreatment if you return to your home country?

   ☐ No        ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > I FEAR HARM AND MISTREATMENT FROM THE SYRIAN MILITARY SINCE I WAS AWAY FROM MILITARY SERVICE AND I FEAR HARM FROM OTHER ARMED GROUPS AND MILITIAS WHO ARE TERRORIST GROUPS AS I GOT SEVERAL TIMES DURING THE PAST YEARS IN (MAY 2014, AUGUST 2014, SEPTEMBER 2014, DECEMBER 2014, FEBRUARY-APRIL 2015, AUGUST 2015, MARCH 2016, NOVEMBER 2016) DIRECT MESSAGES TO MY ACCOUNT ON FACEBOOK FROM PEOPLE WHO CLAIMED TO BE PART OF FIGHTING GROUPS THAT THEY ARE LOOKING FOR ME AND WHEN I COME TO MY VILLAGE IN SYRIA THEY WILL KILL ME AND ALL THE NASR FAMILY, SINCE WE REFUSED TO RECOGNIZE THESE TERRORIST GROUPS AND REFUSED THEIR RULES AND BELIEFS.

## Part B: Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No    [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No    [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No    [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No    [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

I AM VERY SCARED TO GO TO SYRIA DUE TO THE CRITICAL RISK ON MY LIFE. BECAUSE I AM WANTED BY THE SYRIAN ARMY SINCE I WAS AWAY FROM THE MILITARY SERVICE THEY WILL TORTURE ME AND FORCE ME TO FIGHT. ALSO, THE PRESENCE OF MANY TERRORIST GROUPS LIKE AL NUSRA AND ISIS AND OTHER MILITIAS WHO COMMITTED INHUMAN CRIMES AGAINST SOME OF MY RELATIVES CAUSED MAJOR THREAT ON MY LIFE IF I EVER ENTER SYRIA. THESE TERRORIST GROUPS WILL EITHER EXECUTE ME, OR TORTURE ME PHYSICALLY AND MENTALLY. THIS TORTURE WILL BE INFLICTED TO ME BECAUSE I AM NOT PART OF THEIR ORGANISATION OR COMMUNITY AND I DON'T AGREE WITH THEIR IDEOLOGIES, RULES, OR BELIEFS.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   [X] No          [ ] Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   [X] No          [ ] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   [X] No          [ ] Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   [X] No          [ ] Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application (Continued)**

4. After you left the country where you were harmed or fear harm, did you return to that country?

    ☒ No          ☐ Yes

    If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

    ☒ No          ☐ Yes

    If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

    ☒ No          ☐ Yes

    If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| FIRAS JEHAD NASR | فراس جهاد نصر |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| NONE | NONE | NONE | NONE |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☒ No  ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No  ☒ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [                                                    ]

Sign your name so it all appears within the brackets

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | NONE |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| (    ) | NONE |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| | NONE | NONE | |

| To be completed by an attorney or accredited representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| 216418820 | 04/01/2019 |
| Applicant's Name | Applicant's Signature |
| FIRAS JEHAD NASR | |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Supplement B, Form I-589**

| Additional Information About Your Claim to Asylum | |
|---|---|
| A-Number *(if available)*<br>**216418820** | Date<br>**04/01/2019** |
| Applicant's Name<br>**FIRAS  JEHAD NASR** | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested.  Copy and complete as needed.*

Part     **A.I**

Question   **19.C**

```
DATE: 04/13/2011
PLACE: CHICAGO
STATUS: B2
```

# **TESTIMONY**

## **Firas J. Nasr**

My name is Firas Jehad Nasr, born in United Arab Emirates in 06/05/1991, holder of Syrian passport number N 011593938. I am currently on approved holiday in United States since 10/01/2017, but today I am requesting ASYLUM based on two main reasons.

The first reason is that during my stay on holiday my visa sponsor informed me via email that he decided to cancel my U.A.E visa without my approval while I am still in United States on a holiday, because he decided to close his company. I am unable to go back to U.A.E due to my visa being cancelled and the inability to get another employment visa in U.A.E for a Syrian.

In addition, I was facing difficulties and discrimination and racism in United Arab Emirates based on my nationality as Syrian especially after the Syrian war occurred where they banned Syrians from getting employment visas and also due to the EMIRATIZATION POLICY to hire only Emirati citizens in the governmental and private sectors. I graduated in UAE in 2013 as mechanical engineer and till 2017 I couldn't get hired or have a decent life or even get married. The UAE government banned Syrians from working in oil and gas and other engineering fields and made it extremely difficult for companies to do my visa, which discouraged most of the companies from hiring me. The UAE government was providing jobs in large scale for people holding European, Canadian, and American nationalities and supporting them in all sectors, while Syrians were banned from working in most of the sectors or benefiting from many facilities.

13

The second reason of my asylum is my inability to go back to Syria due to the direct risk on my life. First, I am wanted by the Syrian army to serve in it since I couldn't pay $8000 to relief me from military service, they will hold me in the airport the moment I reach, put me in military jail, punish me for being away from military service, then they will force me to go to war and do inhuman crimes. The Syrian Intelligence contacted my family in Syria looking for me once at least every three months during 2013-2017. They will threaten me and my family if I get caught in Syria and refuse to fight and these facts are not acceptable to me as human. In addition, the presence of many terrorist groups like Al Nusra and ISIS and other militias who committed inhuman crimes against some of my relatives caused major threat on my life as I got several times during the past years in (May 2014, August 2014, September 2014, December 2014, February-April 2015, August 2015, March 2016, November 2016) direct messages to my account on Facebook from people who claimed to be part of fighting groups that they are looking for me and when I come to my village in Syria from United Arab Emirates they will kill me and all the Nasr family, since we refused to recognize these terrorist groups and refused their rules and beliefs. My uncle Munir Nayef Nasr who lives in Syria also informed me and my parents via phone call many times that some armed individuals went to his house and asked for me directly and by the name Firas Jehad Nasr, through last year and this year they came to him more than 20 times looking for me. These armed groups will force me to fight with them otherwise they will torture and execute me. This torture will be inflicted to me because I am not part of their organization or community and I don't agree with their ideologies, rules, or beliefs.

14

I only ask for a chance to avoid certain death and live in a safe environment where I can contribute to the community by being a productive person and use my education and knowledge to support and help developing the community I am living in.

I S



**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

**ASC Appointment Notice**

| APPLICATION/PETITION/REQUEST NUMBER | | NOTICE DATE |
|---|---|---|
| ZAR1700182260 | | 11/24/2017 |

| CASE TYPE | ACCOUNT NUMBER | | |
|---|---|---|---|
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | USCIS A# A216 418 332 | CODE |



FIRAS JEHAD NASR
2025 VALLEY DALE ROAD
BIRMINGHAM AL 35244

To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS BIRMINGHAM | DATE AND TIME OF APPOINTMENT |
| 529 Beacon Parkway Suite 106 | 12/15/2017 |
| Birmingham AL 35209 | 09:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE, and**

2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, Alien's Change of Address Card, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address Form/Immigration Court, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZAR1700182260



XAB

DEC 15

10288

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y